

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00066-CV

_____

IN RE ERIC DRAKE, Relator

---

Original Proceeding
101st District Court of Dallas County, Texas
Trial Court No. DC-20-17217

---

Before Sudderth, C.J.; Birdwell and Walker, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and motion for emergency relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion for emergency relief are denied.

Per Curiam

Delivered: February 23, 2022